AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

KEVIN BARKSDALE,

            Plaintiff,

                                **JUDGMENT IN A CIVIL CASE**

v.

                                **CASE NO.  2:13-cv-282**
SELINA MILLER, et al.,          **JUDGE EDMUND A. SARGUS, JR.**
                                **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

            Defendants.


___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have
        been tried and the jury has rendered its verdict.

X⃥      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the ORDER filed April 30, 2013, JUDGMENT is hereby entered
DISMISSING this case.**


Date: April 30, 2013                    JOHN P. HEHMAN, CLERK




                                        */S/ Andy F. Quisumbing*_____
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk